IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER MUHLBAUER,               )
                               )
               Plaintiff,      )
                               )  Civil No. 04-6313-CO
     v.                        )
                               )  ORDER
JO ANNE B. BARNHART,           )
Commissioner of Social Security)
                               )
               Defendant.      )
_____)

Magistrate Judge John P. Cooney filed his Findings and Recommendation on April 25, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. The Commissioner's decision is remanded for further proceedings consistent with the court's Findings and Recommendation.

IT IS SO ORDERED.

DATED this ___22nd___ day of ___July___, 2005.

_____
UNITED STATES DISTRICT JUDGE